IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NELDA SIMPSON                                                                                    Plaintiff

vs.                                                                 Civil Action File No. 1:05 CV 395 RHW

AVERITT EXPRESS, INC., et al.                                                              Defendants


### JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, Honorable Robert H.

Walker, Magistrate Judge, presiding;

WHEREUPON, a jury composed of seven good and lawful jurors of the United

States District Court for the Southern District of Mississippi, were duly empaneled and

sworn.  After hearing all of the evidence, arguments of counsel and instructions of this

Court, the jury retired to consider same and returned to open Court, rendering, by a

unanimous vote of seven (7) jurors, a verdict for the Defendants.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff shall not

recover from the Defendants any amount whatsoever, that the action be dismissed on the

merits, and that the Defendants, Averitt Express, Inc., and Jason Ross recover of the

Plaintiff, Nelda Simpson, their costs of action.

ORDERED AND ADJUDGED, this the 28th day of September, 2006.


 s/ Robert H. Walker
ROBERT H. WALKER
MAGISTRATE JUDGE